IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD RAY SANDERSON, ) <br> AIS #263986, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ALABAMA STATE BAR ) <br> DISCIPLINARY COMMISSION, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:10-CV-430-TMH <br> [WO] |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 26, 2010, Donald Ray Sanderson ["Sanderson"], a state inmate, filed the instant 42 U.S.C. § 1983 action in which he complains of an alleged breach of contract between the Alabama State Bar Association and the Alabama Supreme Court. Sanderson also referenced conditions of confinement to which he had previously been subjected at the Montgomery County Detention Facility. Upon thorough review of the initial complaint, the court deemed it necessary that Sanderson file an amended complaint and therefore entered an order directing him to do so or before June 17, 2010. *Order of June 2, 2010 - Court Doc. No. 8*. The court specifically cautioned Sanderson that his "fail[ure] to comply with the directives of this order" would result in entry of a Recommendation "that this case be dismissed." *Id*. at 2. As of the present date, Sanderson has failed to file an amended complaint or any other response to the aforementioned order. The court therefore concludes that this case should be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to file an amended complaint in accordance with the directive of the orders entered in this case. It is further

ORDERED that on or July 29, 2010 the parties may file objections to the Recommendation. Any objection must specifically identify the findings in the Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done, this 15th day of July, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE