IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DONALD RAY SANDERSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALABAMA STATE BAR DISCIPLINARY )<br>COMMISSION, *et al.*, )<br>)<br>Defendants. ) | CASE NO.  2:10-cv-0430-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on August 2, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #9) filed on July 15, 2010 is adopted;

3.  This case is DISMISSED without prejudice for failure of the plaintiff to file an amended complaint in accordance with the directive of the orders entered in this case.

DONE this the 21st  day of September, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE