IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD RAY SANDERSON, #263986, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10-CV-430-TMH |
| ) | [WO] |
| ) | |
| ALABAMA STATE BAR DISCIPLINARY ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the notice filed by the plaintiff on October 4, 2010 (Court Doc. No. 13), and for good cause, the Clerk is DIRECTED to provide the plaintiff with a copy of the order entered on June 2, 2010 (Court Doc. No. 8). As is clear from the aforementioned order, the plaintiff has no legal or factual basis to proceed on any claims against the named defendants. The plaintiff is therefore advised that if he seeks to proceed on claims regarding the conditions of confinement to which he was subjected during his prior incarceration in the Montgomery County Detention Facility he may now do so by filing a separate 42 U.S.C. § 1983 action raising such claims and naming those persons actually personally responsible for these conditions. To aid the plaintiff in filing a separate cause of action, the Clerk is DIRECTED to provide him with a copy of the form complaint used by this court in a 42 U.S.C. § 1983 action and an application for leave to proceed *in forma pauperis*.

Done this 5th day of October, 2010.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE